**Opinion issued April 20, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-20-00288-CV**

———————————

## IN RE MLAR GROUP, LLC D/B/A INTEGRITY TRANSPORTATION AND SONJA ANN COLLIER, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, MLAR Group LLC and Sonja Ann Collier, have filed a petition for writ of mandamus challenging a trial court order striking their counter-affidavit regarding real party in interest's medical expenses. *See* TEX. CIV. PRAC. & REM.

CODE § 18.001(f).[1] We deny the petition. *See In re Flores*, 597 S.W.3d 533 (Tex. App.—Houston [1st Dist.] 2020, orig. proceeding).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.

---

[1] The underlying case is *Alejandro Perez v. Sanja Callier, Juan Rivas, Ernesto Antonio Rivas, and MLAR Group, LLC*, cause number 2018-64992, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.